UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
GEORGE LOGUE,                          )
                                       )
          Plaintiff,                   )
                                       )   CIVIL ACTION NO.
     v.                                )   04-12096-DPW
                                       )
CAMBRIDGE DISTRICT COURT in the        )
Commonwealth of Massachusetts;         )
and COURT JUSTICE SINGLETON,           )
                                       )
          Defendants                   )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

   In accordance with this Court's Memorandum and Order issued January 3, 2005, is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                        BY THE COURT,


                                        /s/ Michelle Rynne
                                        Deputy Clerk


DATED:  January 3, 2005