UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12096

George Logue

v.

Cambridge District Court, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 25, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/25/05.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12096-DPW

Logue v. Cambridge District Court et al  
Assigned to: Judge Douglas P. Woodlock  
Cause: 42:1983 Civil Rights Act

Date Filed: 09/23/2004  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

George Logue   represented by   George Logue  
2 Glen Avenue  
Brighton, MA 02135  
PRO SE

V.

**Defendant**

**Cambridge District Court**  
*in the Commonwealth of Massachusetts*

**Defendant**

**Court Justice Singleton**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by George Logue.(Jenness, Susan) (Entered: 09/30/2004) |
| 09/23/2004 | 2 | COMPLAINT Filing fee: $ 0.00, receipt number 0.00, filed by George Logue.(Jenness, Susan) (Entered: 09/30/2004) |

| | | |
|---|---|---|
| 09/23/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 09/30/2004) |
| 09/30/2004 | ● | Case undergoing preliminary screening (Jenness, Susan) (Entered: 09/30/2004) |
| 01/03/2005 | ●3 | Judge Douglas P. Woodlock : ORDER entered. MEMORANDUM AND ORDER: clerk is directed to dismiss this case.(Rynne, Michelle) (Entered: 01/03/2005) |
| 01/03/2005 | ●4 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 01/03/2005) |
| 01/06/2005 | ●5 | NOTICE OF APPEAL as to 4 Order Dismissing Case by George Logue. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/26/2005. (Nici, Richard) (Entered: 01/12/2005) |