UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 20 P 2: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| George Logue | ] | CIVIL ACTION |
| | ] | |
| Plaintiff | ] | CASE NO <u>04-12096</u> - DPW |
| | ] | **MOTION FOR** |
| v. | ] | **RECONSIDERATION** |
| | ] | |
| Cambridge District Court in the | ] | |
| Commonwealth of Massachusetts | ] | |
| Court Justice Singleton and Sprague | ] | |
| | ] | |
| Defendants | ] | |

**Comes now the plaintiff, with this Motion For Reconsideration.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rules 7 and 59(e), plaintiff respectfully submits this Motion in response to the Order of Dismissal, issued by the District Court regarding plaintiff's pleadings, and pertaining to the final disposition of the Court on January 3, 2005.

Wherefore plaintiff respectfully prays that the Court reconsider its decision in light of the pleadings set forth in the initial and related complaints against MIT, where no discovery had been permitted and for the issues and the relevant citations that were presented in his Oppositions to Defendant's Motion To Dismiss of November 24, 2004 and December 3, 2004 in the related case No. <u>04-10822</u>.

January 14, 2005
Composition Date

*[signature]*