UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-1134

USDC Docket Number : 04-cv-12096

George Logue

v.

Cambridge District Court

**CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered (endorsed order re: document no. 1) (endorsed order re: document no. 7) are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 16, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/16/05.

/s/ Blanchard

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]